1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  MARCOS LUCERO

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 2:21-CR-00183-MCE
12 |             Plaintiff,           | STIPULATION TO CONTINUE STATUS
                                        CONFERENCE; ORDER
13 | vs.                              |
                                        DATE:  February 24, 2022
14 | MARCOS LUCERO,                   | TIME:  10:00 a.m.
                                        JUDGE: Hon. Morris C. England
15 |             Defendants.          |

16

17     IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, that the status conference scheduled for October 28, 2021 at 10:00 a.m. be

19 continued to **February 24, 2022 at 10:00 a.m.**

20     Mr. Lucero has not yet arrived in Sacramento, and remains in custody at the county jail in

21 Fresno, CA.  Defense counsel has only been able to speak with Mr. Lucero once over the phone

22 in a non-confidential setting due to his pod being placed in COVID-19-related isolation.

23 Defense counsel is working to arrange a video call with Mr. Lucero to update him as to the status

24 of his case.  Given that defense counsel has not had the opportunity to meet with Mr. Lucero in

25 person or arrange for a confidential meeting, the defense has not had the opportunity to review

26 discovery with him or plan for investigation, and more time is therefore necessary for defense

27 preparation.

28

In addition to the requested continuance of the status conference, the parties request that the Court order Mr. Lucero transported to Sacramento forthwith, in the hopes that such an order will spur the United States Marshals to arrange for Mr. Lucero's immediate transfer to local custody. Mr. Lucero's physical presence in Sacramento will allow for in-person meetings with his counsel and investigative team and will render him available for in-person examination by local experts should the defense determine any such evaluations are necessary.

Based upon the foregoing, the parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time is excludable from October 28, 2021 to February 24, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: October 25, 2021

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: October 25, 2021

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
MARCOS LUCERO

Case 2:21-cr-00183-KJM   Document 14   Filed 10/27/21   Page 3 of 3

**O R D E R**

IT IS SO ORDERED that the status conference currently scheduled for October 28, 2021 is hereby continued to February 24, 2022 at 10:00 a.m. It is further ordered the Mr. Lucero be transported to Sacramento, CA forthwith.  The time period between October 28, 2021 and February 24, 2022 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 26, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE