HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
MARCOS LUCERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00183-DJC |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER |
| vs. | DATE: May 11, 2023 |
| MARCOS LUCERO, | TIME: 9:00 a.m. |
| Defendants. | JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the case be scheduled for a change of plea hearing on **May 11, 2023, at 9:00 a.m.**

This matter was reassigned to the Honorable Daniel J. Calabretta on April 4, 2023. The previously set status conference was vacated and the parties were directed to confer and reschedule for a future date. Dkt. at 33. The parties have executed a plea agreement in this matter, and therefore request a change of plea hearing be scheduled on the next mutually convenient date for all parties: May 11, 2023.

Based upon the foregoing, the parties agree that the ends of justice are served by resetting the change of plea hearing outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

1  Therefore the parties agree that time is excludable through May 11, 2023, pursuant to 18 U.S.C.
2  § 3161(h)(7)(A), (B)(iv) (Local Code T4).

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

DATED: April 11, 2023                   */s/ Roger Yang*
                                      ROGER YANG
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: April 11, 2023                   */s/ Megan T. Hopkins*
                                      MEGAN T. HOPKINS
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      MARCOS LUCERO

# **O R D E R**

**IT IS SO ORDERED** that a change of plea hearing is hereby scheduled for **May 11, 2023** at **9:00 a.m.** The time up to and including May 11, 2023 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: April 11, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE