HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
MARCOS LUCERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARCOS LUCERO, <br><br> Defendant. | Case No.  2:21-CR-00183-DJC <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE <br><br> DATE:   November 16, 2023 <br> TIME:    9:00 a.m. <br> JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for September 21, 2023, at 9:00 a.m. be continued to **November 16, 2023, at 9:00 a.m.**

The probation officer is still working to complete the presentence investigation process, and an extended timeline for the presentence report is necessary as the draft report is still pending disclosure to the parties.  It is therefore requested that the matter be continued to November 16, 2023, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Proposed Presentence Report Due: | October 5, 2023 |
| Informal Objections to Presentence Report Due: | October 19, 2023 |
| Presentence Report Due: | October 26, 2023 |
| Formal Objections to Presentence Report Due: | November 2, 2023 |

| | | |
|---|---|---|
| Reply or Statement of Non-Opposition Due: | | November 9, 2023 |
| Judgment and Sentencing: | | November 16, 2023 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: September 8, 2023

/s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
MARCOS LUCERO


PHILLIP A. TALBERT
Acting United States Attorney

DATED: September 8, 2023

/s/ *Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for September 21, 2023, is CONTINUED to **November 16, 2023, at 9:00 a.m.** The modified presentence schedule is further adopted as this Court's order.

DATED:  September 8, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE