HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN # 294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MARCOS LUCERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-00183-DJC |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO VACATE RESTITUTION HEARING** |
| vs. | ) ) | Date:   March 7, 2024 |
| MARCOS LUCERO, | ) ) | Time:   9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Attorneys for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Marcos Lucero, **that the Restitution hearing scheduled for March 7, 2024 may be vacated.**  The government is not seeking restitution in this matter, having not received any request or documentation from the victim.

Given that the government has not received a restitution request or any documentation from the victim and is therefore not pursuing an order of restitution, it is not necessary to proceed with a restitution hearing to determine the loss amount.

/ / /

/ / /

/ / /

Accordingly, the parties request that the hearing be vacated.

                                              Respectfully submitted,
                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: March 5, 2024                     */s/ Megan T. Hopkins*
                                              MEGAN T. HOPKINS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              MARCOS LUCERO

Date: March 5, 2024                     PHILLIP A. TALBERT
                                              United States Attorney

                                              */s/ Roger Yang*
                                              ROGER YANG
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation as its order. The March 7, 2024 Restitution hearing shall be vacated.

**IT IS SO ORDERED.**

Dated:  March 6, 2024                    /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE